**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CLOVER TECHNOLOGIES GROUP, LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| v. | ) |
| | )  No. 13-cv-1697 |
| OXFORD AVIATION, INC. and JAMES L. | ) |
| HOROWITZ | )  The Honorable Ruben Castillo |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |

**DEFENDANTS' AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR
OTHERWISE PLEAD**

NOW COMES Defendants, OXFORD AVIATION, INC. and JAMES L. HOROWITZ (collectively "Defendants"), by and through their attorneys, Hoff & Herran, without submitting to the jurisdiction of the Court, and without waiving any rights, arguments, objections or defenses, hereby move for an extension of time up to and including May 2, 2013 to answer or otherwise plead to Plaintiff's Complaint.  In support thereof, Defendants state as follows:

1.      Plaintiff filed the instant Complaint on March 5, 2013.  <u>See</u> ECF No. 1.

2.      On April 4, 2013, Plaintiff filed two Affidavits of Service, which stated that Defendants had been served with the Summons and Complaint on March 28, 2013.  <u>See</u> ECF No. 6.

3.       Assuming, without waiver, that service of the Summons and Complaint was properly effectuated, Defendants' Responsive Pleading is currently due on April 18, 2013.

4.      The out-of-state Defendants, who are located in the State of Maine, were unable to secure counsel in Illinois until April 10, 2013.

5.      Pursuant to Judge Castillo's Standing Order, prior to the filing of any motion to dismiss, "the moving party shall first serve the nonmoving party with a concise letter summarizing the legal and factual grounds for the motion, with references to supporting authorities, and make a sincere effort to resolve issues relating to the motion."

6.      Because counsel for Defendants has just recently received a copy of the Complaint, Defendants have not yet determined whether they will be filing a motion to dismiss in response to the Complaint.  Regardless, if such motion is contemplated, Defendants do not have sufficient time to comply with Judge Castillo's Standing Order prior to April 18, 2013.

7.      Accordingly, Defendants request a two-week extension of time up to and including May 2, 2013 to answer or otherwise plead to the Complaint.

8.      Counsel for Defendants conferred with counsel for Plaintiff on April 15, 2013. Counsel for Plaintiff indicated his agreement with this request.

WHEREFORE, Defendants respectfully request that this Court grant this motion for extension of time to answer or otherwise plead to Plaintiff's Complaint up to and including May 2, 2013, and for all other relief this Court deems just and proper.

Dated this 15th day of April, 2013

Respectfully submitted,

**OXFORD AVIATION, INC. and
JAMES L. HOROWITZ**

By:     /s/ Alex Herran                         
        One of their Attorneys

2

John S. Hoff
Alex Herran
Jeffrey F. Clement
**HOFF & HERRAN**
135 S. LaSalle Street, Suite 3300
Chicago, IL 60603
(312) 346-8111 Tel
(312) 853-3924 Fax
jsh@aviationattorney.com
ah@aviationattorney.com
jfc@aviationattorney.com

## <u>CERTIFICATE OF SERVICE</u>

I, Alex Herran, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 15, 2013.

/s/ Alex Herran

Alex Herran

## SERVICE LIST

Mark Edward Wilson
David A Argay
Kerns, Frost & Perlman L.L.C.
70 West Madison Street
Suite 5350
Chicago, IL 60602
(312) 261-4572
(312) 261-4550
(312) 261-4565 (FAX)
mwilson@kpfplaw.com
dargay@kfplegal.com

*Counsel for Plaintiff*