# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| CLOVER TECHNOLOGIES GROUP, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 13-cv-1697 |
| OXFORD AVIATION, INC. and JAMES L. HOROWITZ | ) | |
| | ) | The Honorable Ruben Castillo |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   See Attached Service List

**PLEASE TAKE NOTICE** that on <u>April 23, 2013</u> at <u>9:45 a.m.</u>, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Ruben Castillo, or any Judge sitting in his stead, in the courtroom usually occupied by him in the Dirksen Federal Building, Chicago, Illinois, Room 2141, and then and there shall present **DEFENDANTS' AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**, which was previously filed and served.

Dated: April 15, 2013

                                           Respectfully submitted,

                                           By:   <u>/s/ Alex Herran</u>

John S. Hoff
Alex Herran
Jeffrey F. Clement
**HOFF & HERRAN**
135 S. LaSalle Street, Suite 3300
Chicago, IL 60603
(312) 346-8111 Tel
(312) 853-3924 Fax
jsh@aviationattorney.com
ah@aviationattorney.com
jfc@aviationattorney.com

**CERTIFICATE OF SERVICE**

  I, Alex Herran, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 15, 2013.

               */s/ Alex Herran*
               Alex Herran

## **SERVICE LIST**

Mark Edward Wilson
David A Argay
Kerns, Frost & Perlman L.L.C.
70 West Madison Street
Suite 5350
Chicago, IL 60602
(312) 261-4572
(312) 261-4550
(312) 261-4565 (FAX)
mwilson@kpfplaw.com
dargay@kfplegal.com

*Counsel for Plaintiff*