**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CLOVER TECHNOLOGIES GROUP, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | |
| ) | No. 13-cv-1697 |
| OXFORD AVIATION, INC. and JAMES L. ) | |
| HOROWITZ ) | The Honorable Ruben Castillo |
| ) | |
| Defendants. ) | |

**<u>DEFENDANTS' RULE 12(g) MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(2), 12(b)(3) and 12(b)(6)</u>**

NOW COMES Defendants, OXFORD AVIATION, INC. and JAMES L. HOROWITZ (collectively "Defendants"), by and through their attorneys, Hoff & Herran, and hereby move pursuant to Rule 12(g) to dismiss Plaintiff's Complaint pursuant to Rule 12(b)(2) for lack of personal jurisdiction over Defendants, to dismiss Plaintiff's Complaint pursuant to 12(b)(3) for improper venue in the Northern District of Illinois, to dismiss Counts I and II of the Complaint pursuant to Rule 12(b)(6) for failure to state a claim upon which relief can be granted, and to dismiss Plaintiff's prayer for punitive damage and attorney's fees pursuant to Rule 12(b)(6) for failure to state a claim upon which relief can be granted. In support thereof, Defendants state as follows:

1.    Plaintiff filed the instant Complaint on March 5, 2013. <u>See</u> ECF No. 1.

2.    Counts I and II of the Complaint seeks recovery against both Defendants for (I) Fraud and (II) Illinois Consumer Fraud and Deceptive Business Practices Act. Counts III and IV of the Complaint seek recovery against Defendant, Oxford Aviation, Inc. (hereinafter "Oxford")

under theories of Breach of Contract and Breach of Warranty, respectively. All claims stem from refinishing and painting work performed by Oxford on Plaintiff's aircraft pursuant to contract between the parties. In its Prayer for Relief, the Complaint seeks the recovery of punitive damages and attorney's fees. See ECF No. 1.

3. Pursuant to Rule 12(b)(2), Plaintiff's Complaint should be dismissed for lack of personal jurisdiction. Defendant Oxford is a corporation organized under the laws of Maine with its offices in Oxford, Maine. Defendant James L. Horowitz (hereinafter "Horowitz") is an individual residing in Maine. Defendants have no Illinois contacts and none of the allegations against it arise out of conduct occurring in Illinois. Defendants do not do business in Illinois, and have not purposefully availed themselves of the benefits and privileges of Illinois law.

4. Pursuant to Rule 12(b)(3), Plaintiff's Complaint should be dismissed for improper venue because the contract between Plaintiff and Defendant Oxford requires that any litigation be brought solely and exclusively in the "courts of the State of Maine." Additionally, Plaintiff's Complaint should be dismissed because venue is improper in the Northern District of Illinois under 28 U.S.C. § 1391. Even if proper venue is found, the Complaint should be transferred under 28 U.S.C. § 1404(a) to the United States District Court for the District of Maine for the convenience of the parties and witnesses.

5. Pursuant to Rule 12(b)(6), Counts I and II of the Complaint should be dismissed for failure to state a claim for "Fraud" and "Illinois Consumer Fraud and Deceptive Business Practices Act" upon which relief can be granted. The Complaint fails to allege the necessary elements of those claims. Likewise, the allegations of the Complaint only amount to a mere Breach of Contract. The Complaint contains no factual allegations whatsoever in support of these claims that would raise Plaintiff's right to relief, if any, above the speculative level.

6. Pursuant to Rule 12(b)(6), the prayer for punitive damages and attorney's fees fails to state a claim upon which relief can be granted. Plaintiff's has failed to state any claims in the Complaint which would entitle it to an award of punitive damages and/or attorney's fees. Finally, the Complaint fails to contain facts alleging actual malice or acts of reckless indifference necessary to recover punitive damages.

7. Defendant's Memorandum of Law in Support of its Rule 12(g) Motion to Dismiss the Complaint pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(3) and 12(b)(6) (along with exhibits attached thereto) provides the factual and legal bases supporting this Motion and is incorporated herein.

8. In compliance with Judge Castillo's Standing Order, prior to the filing of this Motion, counsel for Defendants served counsel for the Plaintiff with a concise letter summarizing the legal and factual grounds for this Motion, with references to supporting authorities, and made a sincere effort to resolve issues relating to the motion. However, the parties were unable to resolve the issues relating to the instant Motion.

WHEREFORE, Defendants respectfully request that this Court grant this Rule 12(g) Motion to Dismiss and enter an Order:

1. Dismissing Plaintiff's Complaint pursuant to Rule 12(b)(2) for lack of personal jurisdiction over Defendants;

2. Dismissing Plaintiff's Complaint pursuant to Rule 12(b)(3) for improper venue in the Northern District of Illinois, or, in the alternative, if proper venue is found, transferring this case under 28 U.S.C. § 1404(a) to the United States District Court for the District of Maine for the convenience of the parties and witnesses.

3. Dismissing Counts I and II of the Complaint pursuant to Rule 12(b)(6) for failure to state a claim upon which relief can be granted;

4. Dismissing the claims for punitive damages and attorney's fees pursuant to Rule 12(b)(6) for failure to state a claim upon which relief can be granted; and

    5.   Granting any other relief deemed just and appropriate.

Dated this 2nd day of May, 2013

                                  Respectfully submitted,

                                  **OXFORD AVIATION, INC. and**
                                  **JAMES L. HOROWITZ**

                          By:   /s/ Alex Herran
                                  One of their Attorneys

John S. Hoff
Alex Herran
Jeffrey F. Clement
**HOFF & HERRAN**
135 S. LaSalle Street, Suite 3300
Chicago, IL 60603
(312) 346-8111 Tel
(312) 853-3924 Fax
jsh@aviationattorney.com
ah@aviationattorney.com
jfc@aviationattorney.com

## **CERTIFICATE OF SERVICE**

    I, Alex Herran, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 2, 2013.

                                        /s/ Alex Herran
                                        Alex Herran

## **SERVICE LIST**

Mark Edward Wilson
David A Argay
Kerns, Frost & Perlman L.L.C.
70 West Madison Street
Suite 5350
Chicago, IL 60602
(312) 261-4572
(312) 261-4550
(312) 261-4565 (FAX)
mwilson@kfplegal.com
dargay@kfplegal.com

*Counsel for Plaintiff*